977 A.2d 1085

**Aquil BURGESS, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 81 EM 2009.**

Supreme Court of Pennsylvania.

July 21, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

977 A.2d 1085

**Christopher HUBBARD, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Respondent.**

**No. 73 EM 2009.**

Supreme Court of Pennsylvania.

July 21, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**